[No. 47783-1-II. Division Two. October 18, 2016.]

*In the Matter of the Parental Rights to* C.H-K.

T.K. ET AL., *Appellants*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 13-7-00175-1, Mary Sue Wilson, J., entered June 25, 2015. *Affirmed* by unpublished opinion per Johanson, J., concurred in by Bjorgen, C.J., and Maxa, J.

[No. 48064-6-II. Division Two. October 18, 2016.]

SAINT MARTIN'S UNIVERSITY, *Appellant*, v. CARMEN FLORES ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 14-2-00021-6, Gary R. Tabor, J., entered August 21, 2015. *Affirmed in part*, *reversed in part*, and *remanded* by unpublished opinion per Worswick, J., concurred in by Maxa, A.C.J., and Melnick, J.

[Nos. 48271-1-II; 48281-9-II. Division Two. October 18, 2016.]

*In the Matter of the Parental Rights to* S.W.C. ET AL.

M.Z. ET AL., *Appellants*, v. A.T. ET AL., *Respondents*.

Appeals from a judgment of the Superior Court for Pierce County, No. 15-7-00325-2, Karena K. Kirkendoll, J. Pro Tem., entered June 26, 2015, and John R. Hickman, J., entered September 22, 2015. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Maxa, A.C.J., and Melnick, J.